1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   ADAM R. HESS (*pro hac vice*)
2    Email: adam.hess@pillsburylaw.com
   CATHERINE S. BRANCH (*pro hac vice*)
3    Email: catherine.branch@pillsburylaw.com
   2300 N Street N.W.
4  Washington, D.C. 20037-1122
   Telephone:   (202) 663-8000
5  Facsimile:   (202) 663-8007

6  PILLSBURY WINTHROP SHAW PITTMAN LLP
   BRUCE A. ERICSON (SBN 76342)
7    Email: bruce.ericson@pillsburylaw.com
   SHARON L. O'GRADY (SBN 102356)
8    Email: sharon.ogrady@pillsburylaw.com
   50 Fremont Street
9  Post Office Box 7880
   San Francisco, CA 94120-7880
10 Telephone:   (415) 983-1000
   Facsimile:   (415) 983-1200
11

   Attorneys for Defendant
12 TORAY INTERNATIONAL, INC.

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                     SAN FRANCISCO DIVISION

| | |
|---|---|
| AVERY DENNISON CORPORATION,<br><br>                  Plaintiff,<br>vs.<br><br>TORAY INTERNATIONAL, INC.,<br><br>                  Defendant. | Case No. C-08-05799-MHP<br><br>[~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE DECLARATION IN SUPPORT OF TORAY'S MOTION TO QUASH/DISMISS<br><br>Date:       May 18, 2009<br>Time:       2:00 p.m.<br>Courtroom:  15, 18th Floor<br>Judge:      Hon. Marilyn Hall Patel<br><br>Filed herewith:<br><br>Toray's Administrative Motion For Leave To File Declaration In Support Of Toray's Motion To Quash/Dismiss; Declaration Of Sharon L. O'Grady |

1  The Court, having reviewed the materials submitted in connection with Defendant
2  **TORAY INTERNATIONAL, INC.**'s Administrative Motion, and good cause appearing,
3  hereby grants leave for **TORAY INTERNATIONAL, INC.** to late-file the Declaration of
4  Masaharu Kobayashi in Support of Toray's Motion to Quash/Dismiss.

5  Dated: 5/18/2009

6  By_____
7  The Honorable Marilyn Hall Patel
8  United States District Judge
9  Northern District of California

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
(Seal: United States District Court, Northern District of California)