| | |
|---|---|
| 1 | Jay R. Campbell *(pro hac vice)* |
| 2 | Todd R. Tucker *(pro hac vice)* |
|   | Kyle B. Fleming *(California Bar No. 166386)* |
| 3 | RENNER, OTTO, BOISSELLE & SKLAR, LLP |
|   | 1621 Euclid Avenue |
| 4 | Nineteenth Floor |
|   | Cleveland, Ohio 44115 |
| 5 | Telephone:   (216) 621-1113 |
| 6 | Facsimile:    (216) 621-6165 |
|   | jcampbell@rennerotto.com |
| 7 | ttucker@rennerotto.com |
|   | kfleming@rennerotto.com |
| 8 | |
| 9 | Thomas J. Klitgaard *(California Bar No. 33876)* |
|   | William F. Murphy *(California Bar No. 82482)* |
| 10 | DILLINGHAM & MURPHY, LLP |
|    | 225 Bush Street |
| 11 | Sixth Floor |
|    | San Francisco, California 94104 |
| 12 | Telephone:   (415) 397-2700 |
|    | Facsimile:    (415) 397-3300 |
| 13 | tjk@dillinghammurphy.com |
| 14 | wfm@dillinghammurphy.com |
| 15 | *Attorneys for Plaintiff Avery Dennison Corporation* |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| AVERY DENNISON CORPORATION, | | |
|           Plaintiff, | | Case No. C-08-05799 MHP |
| v. | | [PROPOSED] ORDER |
| TORAY INTERNATIONAL, INC., | | |
|           Defendant. | | |

[Proposed] Order

1          The Motion of Defendant Toray International, Inc., to Quash Service of the Complaint
2   and, in the Alternative, Motion to Dismiss for Lack of Personal Jurisdiction, came on for hearing
3   on May 18, 2009 at 2:00 p.m.
4          The Court, having heard oral argument and having reviewed the papers, records, and
5   declarations submitted in support of and in opposition to the Motions, and good cause appearing,
6   hereby ORDERS as follows:
7          1. Plaintiff Avery Dennison Corporation may effect service upon Defendant Toray
8   International, Inc. by serving the following documents: (a) Complaint dated December 31, 2008,
9   (b) Summons in Civil Action dated December 31, 2008, (c) Reassignment Order dated January 9,
10  2009, and (d) this Order upon defendant Toray International, Inc. pursuant to the provisions of
11  sub-paragraph (a) of the first paragraph of Article 5 of the Hague Convention on the Service
12  Abroad of Judicial and Extrajudicial Documents, 20 U.S.T. 361, TIAS 6638;
13         2. The complaint shall not include, for purpose of service, (a) Exhibit A (U.S. Patent
14  6,951,596 B2), (b) Exhibit B (U.S. Patent 7,361, 251 B2), or (c) Exhibit C (U.S. Patent 7, 368,032
15  B2), which are already part of the public record of the United States Patent Office;
16         3. The Case Management Conference in this case scheduled for Monday, May 18, 2009,
17  at 2:00 p.m., is hereby rescheduled for Monday, September 21, 2009, at 3:00 p.m.
18         IT IS SO ORDERED.

Dated: May 27, 2009



_____
THE HONORABLE MARILYN HALL PATEL
JUDGE OF THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT OF
CALIFORNIA

Approved as to Form:

_____/s/_____
Adam Hess Esq.
for Pillsbury Winthrop Shaw Pittman LLP
Attorneys for Defendant Toray International, Inc.

Dated: May 27, 2009

1

[Proposed] Order